# EXHIBIT B

Well Pad: __Rine Pad__   County/TWP: _Wetzel_
R/W No.:_____   State: __WV__

# DAMAGE RELEASE

KNOW ALL MEN BY THESE PRESENTS:

**THAT the undersigned,** Larry G. Rine and Jana L. Rine of 48 Virginia Oaks, Moundsville, WV, 26041, ("Releasor"), for and in consideration of Fifteen Thousand Dollars ($15,000.00)----- Dollars, to be paid by Chesapeake Appalachia, L.L.C., ("Releasee"), by these presents does hereby release and discharge said Chesapeake Appalachia, LLC, ("CHK") its employees, directors, officers, agents, contractors or assigns from all claims or causes of action for the damages resulting from the construction of a well location located on and/or across certain lands owned by Releasor and situated in Center District in Wetzel County, West Virginia, including damages to fences, crops, timber, and other surface features in the immediate area of disturbance.

IN WITNESS WHEREOF, the parties hereto have set their hands this the _17th_ day of _September_ 2009.

By: _____
Chesapeake Appalachia, L.L.C.

RELEASORS: _____
Larry G. Rine
SS#_____

_____
Jana L. Rine
SS#_____

CHK00000024