# EXHIBIT C



**west virginia** department of environmental protection

Office of Oil and Gas
601 57th Street SE
Charleston, WV 25304
(304) 926-0450
(304) 926-0452 fax

Joe Manchin III, Governor
Randy C. Huffman, Cabinet Secretary
www.wvdep.org

July 01, 2009

## WELL WORK PERMIT

### Horizontal Well

This permit, API Well Number: 47-10302479, issued to CHESAPEAKE APPALACHIA, L.L.C., is evidence of permission granted to perform the specified well work at the location described on the attached pages and located on the attached plat, subject to the provisions of Chapter 22 of the West Virginia Code of 1931, as amended, and all rules and regulations promulgated thereunder, and to all conditions and provisions outlined in the pages attached hereto. Notification shall be given by the operator to the Oil and Gas Inspector at least 24 hours prior to the construction of roads, locations, and/or pits for any permitted work. In addition, the well operator shall notify the same inspector 24 hours before any actual well work is commenced and prior to running and cementing casing. Spills or emergency discharges must be promptly reported by the operator to 1-800-642-3074 and to the Oil and Gas inspector.

Please be advised that form WR-35, well operators report of well work, is to be submitted to this office within 90 days of completion of drilling, as should form WR-34 Discharge Monitoring Report within 30 days of discharge of pits, if applicable. Failure to abide by all statutory and regulatory provisions governing all duties and operations hereunder may result in suspension or revocation of this permit and, in addition, may result in civil and/or criminal penalties being imposed upon the operators.

Per 35CSR-4-5.2.g this permit will expire in two (2) years from the issue date unless permitted well work is commenced. If there are any questions, please feel free to contact me at (304) 926-0499 ext. 1654.

James Martin
Chief

Operator's Well No: 831095
Farm Name: RINE, LARRY G.
API Well Number: 47-10302479
**Permit Type: Horizontal Well**
Date Issued: 07/01/2009

**Promoting a healthy environment.**

JUL 07 2009

**RECEIVED**

CHK00000029

WW-2B

API Well#: 047 · 103 – 02479
State    County    Permit

## State of West Virginia
## Department of Environmental Protection, Office of Oil and Gas
## Well Work Permit Application

1) Well Operator: Chesapeake Appalachia, L.L.C.       2) Operator ID #: 494477557

3) Operator's Well #:831095 Rine 1H           4) Elevation:1341'

5) County/District:103-Wetzel / 1-Center       6) Quadrangle:438 - LITTLETON

7) Well Type: ☐ Oil  ☒Production ☐ Deep (More than 20 feet into Onondaga Group)
   ☒ Gas  ☐Storage  ☒ Shallow (Less than 20 feet into Onondaga Group)

8) Proposed Target Formation(s): Marcellus

9) Proposed Total Depth: 7,197' TVD   12,848' MD

10) Approximate fresh water depths:350'

11) Approximate coal seam depths: 900'-907', 1156'

12) Approximate salt water depths: none

13) Does land contain coal seams tributary to active mine?  ☐YES  ☒NO

14) Describe proposed well work:  Drill and stimulate any potential producing zones between the Big Injun

and the Marcellus

### 15) CASING AND TUBING PROGRAM

| TYPE | SPECIFICATIONS | | | FOOTAGE INTERVALS | | CEMENT |
|------|------|------|------|------|------|------|
| | Size | Grade | Weight per ft | Used For Drilling | Left in Well | Fill-Up (Cu. Ft.) |
| Conductor | 20" | LS | | 40' | 40' | |
| Fresh Water | 13 3/8" | LS | 54.5# | 1250' | 1250' | OK 1105 sks OTS |
| Intermediate | 9 5/8" | J-55 | 40# | 2710' | 2710' | OKS 6-2-09 965 sks |
| Production | 5 1/2" | P110 | 20# | 12,848' | 12,848' | As Needed |
| Tubing | | | | | | |
| | | | | | | |
| | | | | | | |

Check #: 11 39577
Amount: 650

Packers: Kind:
Sizes:
Depths Set:

RECEIVED
Office of Oil & Gas
JUN 15 2009
WV Department of
Environmental Protection

CHK00000030

163-0247



CHK00000031

1H

WW-2A

1) Date: June 05, 2009

2) Operator's Well #: Rine 1H
Operator's Well Name: Rine 1H
3) API Well #: 047   103   02479-H
State   County   Permit

State of West Virginia
Department of Environmental Protection, Office of Oil and Gas
Well Work Permit Application

4) Surface Owners to be served:
a) Name Larry G & Jana L Rine

Address 48 Virginia Oaks

City Moundsville   State WV   Zip Code 26041

b) Name

Address

City   State   Zip Code

5)(a) Coal Operator:
Name

Address

City   State   Zip Code

b) Coal Owner with Out Declaration:
Name   Consolidated Coal Company %Leatherwood, Inc.

Address 4000 Brownsville Road

City South Park   State PA   Zip Code 15129

6) Inspector:
Name   David Scranage

Address Rt. 2 Box 11

City Lost Creek   State WV   Zip Code 26385

c) Coal Lessee with Out Declaration:
Name   McElroy Coal Company %Leatherwood, Inc.

Address 4000 Brownsville Road

City South Park   State PA   Zip Code 15129

### TO THE PERSONS NAMED ABOVE TAKE NOTICE THAT:

☐ Included is the lease or leases or other continuing contract or contracts by which I hold the right to extract oil and gas.

OR

☒ Included is the information required by Chapter 22, Article 6, Section 8(d) of the Code of West Virginia (see page 2)

I certify that as required under Chapter 22-6 of the West Virginia Code I have served copies of this notice and application, a location plat, and accompanying documents on the above named parties by:
☐ Personal Service (Affidavit attached)   ☒ Certified Mail (Postmarked postal receipt attached)   ☐ Publication (Notice of Publication attached)

I have read and understand Chapter 22-6 and 35 CSR 4, and I agree to the terms and conditions of any permit issued under this application. I certify under penalty of law that I have personally examined and am familiar with the information submitted on this application form and all attachments, and that based on my inquiry of those individuals immediately responsible for obtaining the information, I believe that the information is true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment.

Well Operator: Chesapeake Appalachia, L.L.C.

Signed By: _____

Its: Manager - Regulatory Compliance, Eastern Division

Address P.O. Box 18496

City Oklahoma City   State OK   Zip Code 73154-0496

Phone Number:   304-353-5000

**RECEIVED**
Office of Oil & Gas

JUN 1 5 2009

WV Department of
Environmental Protection

Subscribed and sworn before me this   11   day of   June   , 2009

Christy Sammuels   Notary Public

My Commission Expires:   8 28 12

CHK00000032

WW-2A-1

Operator: Chesapeake Appalachia, L.L.C.

Operator's Well #:   831095 Rine 1H
Operator's Well Name: Rine 1H
API Well #:   047 - 103   02479-H
      State  County  Permit

### INFORMATION SUPPLIED UNDER WEST VIRGINIA CODE
### Chapter 22, Article 6, Section 8(d)
### IN LIEU OF FILING LEASE(S) AND OTHER CONTINUING CONTRACT(S)

Under the oath required to make the verification on page 1 of this Notice and Application, I depose and say that I am the person who signed the Notice and Application for the Applicant, and that –

(1) the tract of land is the same tract described in this Application, partly or wholly depicted in the accompanying plat, and described in the Construction and Reclamation Plan;

(2) the parties and recordation data (if recorded) for lease(s) or other continuing contract(s) by which the Applicant claims the right to extract, produce or market the oil or gas are as follows:

| Grantor, lessor, etc. | Grantee, lessee, etc. | Royalty | Book/Page |
|---|---|---|---|
| Vern Stansberry, et ux | Manufacturers Light and Heat Company | 1/8 | 45A@173 |
| Nancy Warmuth, et al | Chesapeake Appalachia, L.L.C. | 1/8 | 327@524 |
| J.N. Pyles | Manufacturers Light and Heat Company | 1/8 | 45A@157 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

RECEIVED
Office of Oil & Gas
JUN 1 6 2009
WV Department of
Environmental Protection

Applicant:   Chesapeake Appalachia, L.L.C.

Signed by (print):  Tal Oden

Its:  Manager – Regulatory Compliance, Eastern Division

Signature:  _Tal Oden_

Date:  6-11-09

CHK00000033

WW-2B-1

Operator: Chesapeake Appalachia, L.L.C.

Operator's Well #:    831095 Rine 1H
Operator's Well Name: Rine 1H
API Well #:  047    103    02479
State   County   Permit

### West Virginia Department of Environmental Protection
### Office of Oil and Gas

#### NOTICE TO SURFACE OWNERS

The well operator named below is preparing to file for a permit from the state to drill a new well. Before a well work permit can be filed with the Chief of the Office of Oil and Gas, the well operator is required to have given notice of the right to request water well or spring analytical testing. This notice shall be given to the owners or occupants of land which have a water well or spring being utilized for human consumption, domestic animals, or other general use and which is located within 1000 feet of the proposed well site.

With this form, the operator is giving you notice of your right to request analytical testing. The operator is required to sample and analyze the water wells or springs of all owners or occupants who request it. Therefore, if you wish to have your water well or spring tested, contact the operator named below.

All sampling shall be completed prior to drilling. Within thirty (30) days of the receipt of such sample analyses the operator shall submit the results to the Chief of the Office of Oil and Gas and to the owners or occupants who may have requested them.

If no water well or spring is located within 1000 feet, the Chief may require the operator to sample and analyze water from a water well or spring within 2000 feet of the proposed well site.

Be advised, you have the right to sample and analyze any water supply at your own expense.

The laboratory used by the operator to analyze the samples will be approved by the Chief. The operator named below has decided to use the following laboratory to analyze the water samples:

☒ Contractor Name Sturm Environmental

☐ Well operator's private laboratory

Well Operator: Chesapeake Appalachia, L.L.C.

Address P.O. Box 6070

City Charleston    State WV    Zip Code 25362

Phone Number:    (304) 353-5000

RECEIVED
Office of Oil & Gas
JUN 15 2009
WV Department of
Environmental Protection

FOR OPERATOR'S USE ONLY: On an attached page, list those persons which were given this notice. Place an asterisk beside the one(s) that contacted you and requested sampling and analyses. If there were no requests made, indicate by underlining which one you have selected to sample and analyze. If there are no water wells or springs within 1000 feet of the proposed site please indicate such.

☒ No water wells or springs within 1000 feet.

☐ Water wells or springs are present within 1000 feet of the proposed location.
See attached sheet for names and addresses of surface owners with water sources within 1000 feet.

CHK00000034

WW-9

Operator: Chesapeake Appalachia, L.L.C.

Operator's Well #:   831095 Rine IH

Operator's Well Name: Rine 1H
API Well #: 047   103   02479
State   County   Permit

### West Virginia Department of Environmental Protection
### Office of Oil and Gas

CONSTRUCTION AND RECLAMATION PLAN AND SITE REGISTRATION APPLICATION FORM
GENERAL PERMIT FOR OIL AND GAS PIT WASTE DISCHARGE

1) Well Operator: Chesapeake Appalachia, L.L.C.          2) Operator ID #:494477557

3) Watershed: Little Laurel Run                          4) Elevation: 1341'

5) County/District: 103-Wetzel / 7-Proctor              6) Quadrangle: 681 - WILEYVILLE

7) Description of anticipated Pit Waste: Drill water & various formation cuttings - cuttings will be buried

8) Will a synthetic liner be used in the pit?   ☒ Yes   ☐ No

9) Proposed Disposal Method for Treated Pit Waste:

☒ Land Application
☒ Underground Injection at UIC Permit Number: 2D0072539-2D0770102-2D0770110
☐ Reuse at API Number:
☐ Off Site Disposal  (Supply form WW-9 for disposal location)
☒ Other (Explain) *Flowback fluids put in steel tanks & taken to permitted disposal facility

10) Proposed Work For Which Pit Will Be Used:

☒ Drilling   ☐ Plugging   ☐ Swabbing   ☐ Workover
☐ Other (Explain:

I certify that I understand and agree to the terms and conditions of the GENERAL WATER POLLUTION CONTROL PERMIT issued on December 31, 1999, by the Office of Oil and Gas of the West Virginia Department of Environmental Protection. I understand that the provisions of the permit are enforceable by law. Violations of any term or condition of the general permit and/or other applicable law or regulation can lead to enforcement action.

I certify under penalty of law that I have personally examined and am familiar with the information submitted on this application form and all attachments thereto and that, based on my inquiry of those individuals immediately responsible for obtaining the information, I believe that the information is true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine or imprisonment.

Company Official Signature: _____

Company Official (Typed Name): Tal Oden

Company Official Title: Manager - Regulatory Compliance, Eastern Division

Subscribed and sworn before me this   11   day of   June   , 2009

_____ Christy Semmels _____   Notary Public

My Commission Expires: _____ 8/28/12 _____

RECEIVED
Office of Oil & Gas
JUN 15 2009
WV Department of
Environmental Protection

CHK00000035

WW-9 (Page 2)

API Well #: 047   103   02429
State   County   Permit

LEGEND

| | |
|---|---|
| Property Boundary | Diversion |
| Road | Spring |
| Existing Fence | Wet Spot |
| Planned Fence | Drain Pipe with size in inches |
| Stream | Waterway |
| Open Ditch | Cross Drain |
| Rock | Artificial Filter Strip |
| North N | Pit cut walls |
| Buildings | Pit compacted fill walls |
| Water wells (W) | Area for Land Application of Pit Waste |
| Drill site | |

Proposed Revegetation Treatment: Acres Disturbed: _____ 5 _____   Prevegetation pH: _____ 6.0 _____

Lime _____ Minimum 2 Ton/Acre _____   Mulch and Preseed All Slope
as determined by PH Test Min. 2Ton/acre   Tons/acre or to correct to pH: 6.5 :   Hay/straw _____ Tons / Acre

Fertilizer (10-20-20 or equivalent) 500   lbs/acre (500 lbs minimum)   Pre Seed all open cut areas

| Area I | | Area II | |
|---|---|---|---|
| Seed Type | lbs/acre | Seed Type | lbs/acre |
| Kentucky Bluegrass | 20 | Kentucky Bluegrass | 20 |
| Red Top | 15 | Red Top | 15 |
| White Clover | 15 | White Clover | 15 |

Attach to this form:
Drawing(s) of road, location,pit and proposed area for land application.
Photocopied section of involved 7.5' topographic sheet.

Plan Approved by: _David L. Sevanage_

Comments:

Title: Oil and Gas Inspector   Date: 6-2...

Field Reviewed:   ☒ YES   ☐ NO

RECEIVED
Office of Oil & Gas
JUN 1 5 2009
WV Department of
Environmental Protection

CHK00000036



EHR00000037

103-02479-1H



| WW9 | RINE LEASE WELL NO. 1H | | PAGE OF |
|---|---|---|---|

PROPOSED RINE
WELL NO. 1H

| ANGLE RIGHT LAND SURVEYING, LLC PO BOX 681 GRANTSVILLE, WV 26147 (304) 354-0065 W080149 | OPERATOR Chesapeake Appalachia, LLC P.O. Box 6070 Charleston, WV 25362 | TOPO SECTION LITTLETON 7.5' SCALE: 1"=2000' | WELL NAME RINE 1H DATE: 05/11/09 |
|---|---|---|---|

CHK00000038



CHK00000039



**west virginia** department of environmental protection

Office of Oil and Gas
601 57th Street SE
Charleston, WV 25304
(304) 926-0450
(304) 926-0452 fax

Joe Manchin III, Governor
Randy C. Huffman, Cabinet Secretary
www.wvdep.org

July 01, 2009

**WELL WORK PERMIT**

**Horizontal Well**

This permit, API Well Number: 47-10302480, issued to CHESAPEAKE APPALACHIA, L.L.C., is evidence of permission granted to perform the specified well work at the location described on the attached pages and located on the attached plat, subject to the provisions of Chapter 22 of the West Virginia Code of 1931, as amended, and all rules and regulations promulgated thereunder, and to all conditions and provisions outlined in the pages attached hereto. Notification shall be given by the operator to the Oil and Gas Inspector at least 24 hours prior to the construction of roads, locations, and/or pits for any permitted work. In addition, the well operator shall notify the same inspector 24 hours before any actual well work is commenced and prior to running and cementing casing. Spills or emergency discharges must be promptly reported by the operator to 1-800-642-3074 and to the Oil and Gas Inspector.

Please be advised that form WR-35, well operators report of well work, is to be submitted to this office within 90 days of completion of drilling, as should form WR-34 Discharge Monitoring Report within 30 days of discharge of pits, if applicable. Failure to abide by all statutory and regulatory provisions governing all duties and operations hereunder may result in suspension or revocation of this permit and, in addition, may result in civil and/or criminal penalties being imposed upon the operators.

Per 35CSR-4-5.2.g this permit will expire in two (2) years from the issue date unless permitted well work is commenced. If there are any questions, please feel free to contact me at (304) 926-0499 ext. 1654.

James Martin
Chief

Operator's Well No: 627391
Farm Name: RINE, LARRY G.
API Well Number: 47-10302480
Permit Type: Horizontal Well
Date Issued: 07/01/2009

Promoting a healthy environment.

JUL 07 2009

**RECEIVED**

CHK00000040

WW-2B

API Well#: 047    103 ~ 02480

    State    County    Permit

## State of West Virginia
## Department of Environmental Protection, Office of Oil and Gas
## Well Work Permit Application

1) Well Operator: Chesapeake Appalachia, L.L.C.    2) Operator ID #: 494477557

3) Operator's Well #: 627391 Rine 3H    4) Elevation: 1341'

5) County/District: 103-Wetzel / 1-Center    6) Quadrangle: 438 - LITTLETON

7) Well Type: ☐ Oil    ☒ Production    ☐ Deep (More than 20 feet into Onondaga Group)
   ☒ Gas    ☐ Storage    ☒ Shallow (Less than 20 feet into Onondaga Group)

8) Proposed Target Formation(s): Marcellus

9) Proposed Total Depth: 7,204' TVD    12,082' MD

10) Approximate fresh water depths: 350'

11) Approximate coal seam depths: 900'-907', 1156'

12) Approximate salt water depths: none

13) Does land contain coal seams tributary to active mine?    ☐ YES    ☒ NO

14) Describe proposed well work: Drill and stimulate any potential producing zones between the Big Injun

and the Marcellus

15) CASING AND TUBING PROGRAM

| TYPE | SPECIFICATIONS | | | FOOTAGE INTERVALS | | CEMENT |
|------|------|------|------|------|------|------|
| | Size | Grade | Weight per ft | Used For Drilling | Left in Well | Fill-Up (Cu. Ft.) |
| Conductor | 20" | LS | | 40' | 40' | |
| Fresh Water | 13 3/8" | LS | 54.5# | 1250' | 1250' | or  1105 sks CTS |
| Intermediate | 9 5/8" | J-55 | 40# | 2710' | 2710' | OKS 6-7-09  965 sks CTS |
| Production | 5 1/2" | P110 | 20# | 12,082' | 12,082' | As Needed |
| Tubing | | | | | | |
| | | | | | | |
| | | | | | | |

RECEIVED
Office of Oil & Gas
JUN 1 5 2009
WV Department of
Environmental Protection

Check #: 113576
Amount: 650

Packers: Kind:
Sizes:
Depths Set:

CHK00000041

103-02480-14



| Chesapeake Operating Inc | | Proposed Drilling Program |
|---|---|---|

| Well | : Rine 3H (627391) | Engineer: Jason Stidham |
|---|---|---|
| Field | : Victory | Superintendant: Art Hoehne |
| County | : Wetzel    State : WV | Dist. Manager: Tim Dugan |
| Location | : Lat. 39.71152  Long. 80.60940 | Geologist: Chris Gardner |
| KB Elev | : 1,356' | Grd Elev : 1,341' |  Land: Josh Bogle |

**Wellhead Equipment**

| Tree Connection | |
|---|---|
| Backpressure Valve | |
| Tree Description | |
| Tubing Spool | 11" 5M x 7 1/16" 10M |
| Casing Spool | |
| Bradenhead | 13 3/8" 5OW X 13 5/8" 3M - 9 5/8" 5OW x 11" 5M |

**Tubular Detail**

| | Size | Wt | Grd | Conn. | Depth From | Toc |
|---|---|---|---|---|---|---|
| Surface | 13 3/8" | 54.5# | J-55 | STC | 0' | 1,250' |
| Inter | 9 5/8" | 40# | J-55 | LTC | 0' | 2,710' |
| Prod | 8 1/2" | 20# | P-110 | LTC | 0' | 12,082' |

| Tubing | |
|---|---|
| Annular Fluid | |

**Logging Program**

| Run | Log Type | Interval |
|---|---|---|
| 1 | Quad Combo | 1,250'-2,710' |
| | Cement Bond Legs | 0'-2,710' |
| | Gyro – Grid North | 0'-2,710' |
| 2 | Quad Combo | 2,710'-7,581' |
| | Mudlogger on @ 1,100' | |

**Directional Plan**

| MD | Inc | Azm | TVD | N/S | E/S | VS | DLS |
|---|---|---|---|---|---|---|---|
| 0 | 0.00 | 0.00 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 |
| 2,700 | 0.00 | 0.00 | 2,700.0 | 0.0 | 0.0 | 0.0 | 0.00 |
| 2,952 | 5.04 | 230.49 | 2,951.7 | -7.0 | -8.5 | 1.4 | 2.00 |
| 6,828 | 5.04 | 230.49 | 6,812.7 | -223.7 | -271.3 | 45.8 | 0.00 |
| 7,581 | 91.00 | 313.00 | 7,282.8 | 77.0 | -655.1 | 531.6 | 12.00 |
| 12,082 | 91.00 | 313.00 | 7,204.2 | 3148.3 | -3946.5 | 5032.0 | 0.00 |

Column of casing/formation depths:

20" Casing
1,156'  Pittsburgh Coal
1,250'  13-3/8" Casing
1,845'  Freeport Coal
2,021'  Salt Sands
2,076'  Maxton (Storage)
2,296'  Big Lime (Storage)
2,356'  Big Injun (Storage)
2,606'  Big Injun (Base)
2,710'  9-5/8" Casing
3,176'  Gordon
6,200'  TOC
6,828'  KOP

Geneseo  7,126' TVD
Tully  7,159' TVD
Hamilton  7,185' TVD
Marcellus  7,266' TVD

5 ½" Casing at 12,082' MD / 7,204' TVD

Target @ 7,292' TVD @ 0' VS, Inclination 91° & Azimuth 313°

Left-side drilling program notes:

0' - 1,250'
Air / Mist
17 1/2"

Cement
Tail: 1105 sx
15.6 ppg / Yld: 1.18
50 % Excess

1,250' - 1,900'
Air / Mist / Foam
12-1/4"

Cement
Tail: 965 sx
15.6 ppg / Yld: 1.18
50% Excess

1,900 - 2,710'
10.2 ppg Sat Mud

Top Out: 100 sx
15.6 ppg / 1.18 Yld
If Needed

2,710' - 6,828'
Air / Mist / Foam

8-3/4"

8-3/4"
6,828' - 7,581'
11.5-12.4 ppg
Sat Mud

7,581' – 12,082'
12.4-12.6 ppg
Sat Mud
65-75 Vis

Cement
Tail: 1,535 sx
14.2 ppg / Yld: 1.53
70 % Excess

8-1/2"

| Drawn by: Jason Stidham | Date: 5/23/2009 | Revised by: | Date: |
|---|---|---|---|

CHK00000042

3#

WW-2A

1) Date: June 05, 2009

2) Operator's Well #: 627391 Rine 3H
Operator's Well Name: Rine 3H
3) API Well #: 047    103    02480-H
State   County   Permit

**State of West Virginia**
**Department of Environmental Protection, Office of Oil and Gas**
**Well Work Permit Application**

4) Surface Owners to be served:
a) Name Larry G & Jana L Rine

Address 48 Virginia Oaks

City Moundsville    State WV   Zip Code 26041

b) Name

Address

City    State    Zip Code

5)(a) Coal Operator:
Name

Address

City    State    Zip Code

b) Coal Owner with Out Declaration:
Name    Consolidated Coal Company %Leatherwood, Inc.

Address 4000 Brownsville Road

City South Park    State PA   Zip Code 15129

6) Inspector:
Name   David Scranage

Address Rt. 2 Box 11

City Lost Creek    State WV   Zip Code 26385

c) Coal Lessee with Out Declaration:
Name   McElroy Coal Company %Leatherwood, Inc.

Address 4000 Brownsville Road

City South Park    State PA   Zip Code 15129

**TO THE PERSONS NAMED ABOVE TAKE NOTICE THAT:**

☐
**OR**
☒

Included is the lease or leases or other continuing contract or contracts by which I hold the right to extract oil and gas.

Included is the information required by Chapter 22, Article 6, Section 8(d) of the Code of West Virginia (see page 2)

I certify that as required under Chapter 22-6 of the West Virginia Code I have served copies of this notice and application, a location plat, and accompanying documents on the above named parties by:
☐ Personal Service (Affidavit attached)    ☒ Certified Mail (Postmarked postal receipt attached)    ☐ Publication (Notice of Publication attached)

I have read and understand Chapter 22-6 and 35 CSR 4, and I agree to the terms and conditions of any permit issued under this application. I certify under penalty of law that I have personally examined and am familiar with the information submitted on this application form and all attachments, and that based on my inquiry of those individuals immediately responsible for obtaining the information, I believe that the information is true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment.

**RECEIVED**
Office of Oil & Gas

JUN 1 5 2009

WV Department of
Environmental Protection

Well Operator: Chesapeake Appalachia, L.L.C.

Signed By: _____

Its: Manager - Regulatory Compliance, Eastern Division

Address P.O. Box 18496

City Oklahoma City    State OK    Zip Code 73154-0496

Phone Number:    405-935-4073

Subscribed and sworn before me this 11th day of June , 2009

Christy Semmela    Notary Public

My Commission Expires: 8/28/12

CHK00000043

WW-2A-1

Operator: Chesapeake Appalachia, L.L.C.

Operator's Well #:   627391 Rine 3H
Operator's Well Name: Rine 3H
API Well #:  047    103    62480-11
             State   County    Permit

## INFORMATION SUPPLIED UNDER WEST VIRGINIA CODE
### Chapter 22, Article 6, Section 8(d)
### IN LIEU OF FILING LEASE(S) AND OTHER CONTINUING CONTRACT(S)

Under the oath required to make the verification on page 1 of this Notice and Application, I depose and say that I am the person who signed the Notice and Application for the Applicant, and that –

(1) the tract of land is the same tract described in this Application, partly or wholly depicted in the accompanying plat, and described in the Construction and Reclamation Plan;

(2) the parties and recordation data (if recorded) for lease(s) or other continuing contract(s) by which the Applicant claims the right to extract, produce or market the oil or gas are as follows:

| Grantor, lessor, etc. | Grantee, lessee, etc. | Royalty | Book/Page |
|---|---|---|---|
| Vern Stansberry, et ux | Manufacturers Light and Heat Company | 1/8 | 45A@173 |
| O.W. Yeater, et al | Manufacturers Light and Heat Company | 1/8 | 47A@161 |
| Nancy Warmuth, et ex | Chesapeake Appalachia, L.L.C. | 1/8 | 327@524 |
| J.N. Pyles, et ux | Manufacturers Light and Heat Company | 1/8 | 45A@157 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

RECEIVED
Office of Oil & Gas
JUN 15 2009
WV Department of
Environmental Protection

Chesapeake Appalachia, L.L.C.

Signed by (print):  Tal Oden

Its:  Manager - Regulatory Compliance, Eastern Division

Signature: _Tal Oden_

Date:

CHK00000044

WW-2B-1

Operator: Chesapeake Appalachia, L.L.C.

Operator's Well #: 627391 Rine 3H
Operator's Well Name: Rine 3H
API Well #: 047    103    02480-H
        State    County     Permit

### West Virginia Department of Environmental Protection
### Office of Oil and Gas

#### NOTICE TO SURFACE OWNERS

The well operator named below is preparing to file for a permit from the state to drill a new well. Before a well work permit can be filed with the Chief of the Office of Oil and Gas, the well operator is required to have given notice of the right to request water well or spring analytical testing. This notice shall be given to the owners or occupants of land which have a water well or spring being utilized for human consumption, domestic animals, or other general use and which is located within 1000 feet of the proposed well site.

With this form, the operator is giving you notice of your right to request analytical testing. The operator is required to sample and analyze the water wells or springs of all owners or occupants who request it. Therefore, if you wish to have your water well or spring tested, contact the operator named below.

All sampling shall be completed prior to drilling. Within thirty (30) days of the receipt of such sample analyses the operator shall submit the results to the Chief of the Office of Oil and Gas and to the owners or occupants who may have requested them.

If no water well or spring is located within 1000 feet, the Chief may require the operator to sample and analyze water from a water well or spring within 2000 feet of the proposed well site.

Be advised, you have the right to sample and analyze any water supply at your own expense.

The laboratory used by the operator to analyze the samples will be approved by the Chief. The operator named below has decided to use the following laboratory to analyze the water samples:

☒ Contractor Name Sturm Environmental

☐ Well operator's private laboratory

Well Operator: Chesapeake Appalachia, L.L.C.

Address P.O. Box 6070

City Charleston     State WV     Zip Code 25362

Phone Number:     (304) 353-5000

RECEIVED
Office of Oil & Gas
JUN 1 5 2009
WV Department of
Environmental Protection

FOR OPERATOR'S USE ONLY: On an attached page, list those persons which were given this notice. Place an asterisk beside the one(s) that contacted you and requested sampling and analyses. If there were no requests made, indicate by underlining which one you have selected to sample and analyze. If there are no water wells or springs within 1000 feet of the proposed site please indicate such.

☒ No water wells or springs within 1000 feet.

☐ Water wells or springs are present within 1000 feet of the proposed location.
See attached sheet for names and addresses of surface owners with water sources within 1000 feet.

CHK00000045

WW-9

Operator: Chesapeake Appalachia, L.L.C.

Operator's Well #:   627391 Rine 3H
Operator's Well Name: Rine 3H
API Well #: 047     103     02480-H
                  State   County   Permit

**West Virginia Department of Environmental Protection**
**Office of Oil and Gas**

**CONSTRUCTION AND RECLAMATION PLAN AND SITE REGISTRATION APPLICATION FORM**
**GENERAL PERMIT FOR OIL AND GAS PIT WASTE DISCHARGE**

1) Well Operator: Chesapeake Appalachia, L.L.C.                    2) Operator ID #:494477557

3) Watershed: Little Laurel Run                                    4) Elevation:1341'

5) County/District:103-Wetzel / 1-Center          6) Quadrangle:438 - LITTLETON

7) Description of anticipated Pit Waste:Drill water & various formation cuttings - cuttings will be buried

8) Will a synthetic liner be used in the pit?    ☒Yes        ☐ No

9) Proposed Disposal Method for Treated Pit Waste:

☒ Land Application
☒ Underground Injection at UIC Permit Number:2D0072539-2D0770102-2D0770110
☐ Reuse at API Number:
☐ Off Site Disposal (Supply form WW-9 for disposal location)
☒ Other (Explain):*Flowback fluids put in steel tanks & taken to permitted disposal facility

10) Proposed Work For Which Pit Will Be Used:
   ☒ Drilling  ☐ Plugging  ☐ Swabbing  ☐ Workover
   ☐ Other (Explain:

   I certify that I understand and agree to the terms and conditions of the GENERAL WATER POLLUTION CONTROL PERMIT issued on December 31, 1999, by the Office of Oil and Gas of the West Virginia Department of Environmental Protection. I understand that the provisions of the permit are enforceable by law. Violations of any term or condition of the general permit and/or other applicable law or regulation can lead to enforcement action.
   I certify under penalty of law that I have personally examined and am familiar with the information submitted on this application form and all attachments thereto and that, based on my inquiry of those individuals immediately responsible for obtaining the information, I believe that the information is true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine or imprisonment.

Company Official Signature: _Tal Oden_                    RECEIVED
                                                          Office of Oil & Gas
Company Official (Typed Name): Tal Oden                   JUN 15 2009
Company Official Title   Manager - Regulatory Compliance, Eastern Division   WV Department of
                                                                            Environmental Protection
Subscribed and sworn before me this   11th   day of   June   , 2009
                              _Christy Semmuels_                    Notary Public
My Commission Expires:        8/28/12

**CHK00000046**

**WW-9 (Page 2)**

API Well #: 047  103  02480
                 State  County  Permit

LEGEND

| | |
|---|---|
| Property Boundary ▲▼▲▼▲ | Diversion |
| Road ═ ═ ═ ═ ═ ═ | Spring ◯→ |
| Existing Fence ─x─ x ─x─ | Wet Spot |
| Planned Fence ─ / ─ / ─ / ─ | Drain Pipe with size in inches ──45→ |
| Stream | Waterway ⇐ ⇐ ⇐ ⇐ ⇐ |
| Open Ditch | Cross Drain |
| Rock | Artificial Filter Strip X XXXXXXXXXXXXXXXXX |
| North N ↗ | Pit: cut walls |
| Buildings ▮ | Pit: compacted fill walls |
| Water wells Ⓦ | Area for Land Application of Pit Waste |
| Drill site ⊕ | |

Proposed Revegetation Treatment: Acres Disturbed: ___5___    Prevegetation pH: ___6.0___

Line ~~Minimum~~ 2 Ton/Acre  _as determined by PH Test Min. 2Ton/acre_  Tons/acre or to correct to pH: 6.5    Mulch And reseed All slopes  Hay/straw ___ Tons / Acre

Fertilizer (10-20-20 or equivalent) _500_ lbs/acre (500 lbs minimum)  Pre Seed all open cut areas

| Area I | | Area II | |
|---|---|---|---|
| Seed Type | lbs/acre | Seed Type | lbs/acre |
| Kentucky Bluegrass | 20 | Kentucky Bluegrass | 20 |
| Red Top | 15 | Red Top | 15 |
| White Clover | 15 | White Clover | 15 |

Attach to this form:
Drawing(s) of road, location, pit and proposed area for land application.
Photocopied section of involved 7.5' topographic sheet.

Plan Approved by: _David X. Drewage_

Comments: _____

Title: Oil and Gas Inspector                    Date: _____

Field Reviewed:  ☒ YES    ☐ NO

RECEIVED
Office of Oil & Gas
JUN 1 6 2003
WV Department of
Environmental Protection

CHK00000047

WW-9 (Page 2)

API Well #: __047__ __103__ __02480-i__
State   County   Permit

## LEGEND

| | |
|---|---|
| Property Boundary ▲—⌒—⌒—▲ | Diversion ⨮⨮⨮⨮⨮⨮⨮⨮⨮⨮⨮⨮⨮ |
| Road ≍ ≍ ≍ ≍ ≍ ≍ ≍ | Spring ◯—➤ |
| Existing Fence —✗— ✗ — ✗ — | Wet Spot ☇ |
| Planned Fence —／—／—／— | Drain Pipe with size in inches —⊕—➤ |
| Stream | Waterway |
| Open Ditch →  →  → | Cross Drain |
| Rock | Artificial Filter Strip ✗✗✗✗✗✗✗✗✗✗✗✗✗✗ |
| North N ➤ | Pit: cut walls |
| Buildings ■ | Pit: compacted fill walls |
| Water wells Ⓦ | Area for Land Application of Pit Waste |
| Drill site ⊕ | |

Proposed Revegetation Treatment: Acres Disturbed: ___5___      Prevegetation pH: ___6.0___

Lime _Minimum 2 Ton/Acre_      Mulch _And Preseed H Slyrs_
as determined by PH Test Min. 2Ton/acre      Tons/acre or to correct to pH: _6.5_   Hay/straw ___ Tons / Acre

Fertilizer (10-20-20 or equivalent) _500_   lbs/acre (500 lbs minimum)   Pre Seed all open cut areas

| Area I | | Area II | |
|---|---|---|---|
| Seed Type | lbs/acre | Seed Type | lbs/acre |
| Kentucky Bluegrass | 20 | Kentucky Bluegrass | 20 |
| Red Top | 15 | Red Top | 15 |
| White Clover | 15 | White Clover | 15 |

Attach to this form:
Drawing(s) of road, location,pit and proposed area for land application.
Photocopied section of involved 7.5' topographic sheet.

Plan Approved by: _David E. Savaag_

Comments: _____

Title: Oil and Gas Inspector      Date: _6-7-09_

Field Reviewed:   ☒ YES    ☐ NO

RECEIVED
Office of Oil & Gas
JUN 1 5 2009
WV Department of
Environmental Protection

CHK00000048



103-02480

WW-9   RINE WELL No. 627391   PAGE 6 OF 8

TM 5 PAR 1
LARRY RINE
60 ACRES

PROPOSED WELL RINE 627391
SEE DETAIL SKETCH

360' @ 2-6% GRADE
270'-250' SPACING

PROPOSED WELL RINE No.627391

DETAIL SKETCH

ALT PIT
FIELD
FILL
CUT
CUT
MUD PIT
ACCESS
FILL
PIT
FIELD

TEMPORARILY SEED AND
MULCH ALL SLOPES UPON
CONSTRUCTION OF LOCATION.
ALL TREES 6-INCHES AND
ABOVE ARE TO BE CUT AND
STACKED.  BRUSH SLASHINGS
ARE TO UTILIZED DOWN
SLOPE OF SITE AND
STRUCTURES TO ACT AS A
CONTROL BARRIER IF
AVAILABLE.

ANGLE RIGHT
LAND SURVEYING, LLC.
795 W 2ND ST.
WESTON, WV 26452
(304) 269-5608 (304) 269-5621
angleright1@verizon.net

REFERENCE IS HEREBY MADE TO
THE WV D.E.P. OFFICE OF OIL &
GAS, "EROSION AND SEDIMENT
CONTROL FIELD MANUAL" FOR
REQUIREMENTS AND BMPs FOR
AVERAGE FIELD CONDITIONS
CONCERNING THE MAINTENANCE OF
EXISTING ROADS AND THE
CONSTRUCTION OF PROPOSED
ROADS.  FIELD CONDITIONS MAY
REQUIRE VARIANCE FROM THESE
GUIDELINES AND THE EARTHWORK
CONTRACTOR IS RESPONSIBLE FOR
NOTIFICATION TO THE INSPECTOR
AND THE OPERATOR SHOULD THESE
CONDITIONS OCCUR.

INSTALL CULVERTS AS SHOWN ON
RECLAMATION PLAN OR AS FIELD
CONDITIONS REQUIRE.

ENTRANCES ONTO PUBLIC ROADS
SHALL BE CONSTRUCTED AND
MAINTAINED IN ACCORDANCE WITH
WV D.O.T. REGULATIONS.
ADDITIONAL PERMITS MAY BE
REQUIRED.

HK00000049

DATE:  05-19-09   PROJECT NO:  W0B0149   DRAWN BY:  E.C.W.

103-02480-W



| WW9 | RINE LEASE WELL NO. 627391 | | PAGE OF |

| OPERATOR | TOPO SECTION | WELL NAME |
| --- | --- | --- |
| ANGLE RIGHT LAND SURVEYING, LLC PO BOX 681 GRANTSVILLE, WV 26147 (304) 354-0065 | Chesapeake Appalachia, LLC P.O. Box 6070 Charleston, WV 25362 | LITTLETON 7.5' | RINE 627391 |
| | | SCALE: 1"=2000' | DATE: 05/11/09 |

W080149

CHK00000050



CHK00000051



### west virginia department of environmental protection

Office of Oil and Gas
601 57th Street SE
Charleston, WV 25304
(304) 926-0450
(304) 926-0452 fax

Joe Manchin III, Governor
Randy C. Huffman, Cabinet Secretary
www.wvdep.org

July 01, 2009

### WELL WORK PERMIT
#### Horizontal Well

This permit, API Well Number: 47-10302481, issued to CHESAPEAKE APPALACHIA, L.L.C., is evidence of permission granted to perform the specified well work at the location described on the attached pages and located on the attached plat, subject to the provisions of Chapter 22 of the West Virginia Code of 1931, as amended, and all rules and regulations promulgated thereunder, and to all conditions and provisions outlined in the pages attached hereto.  Notification shall be given by the operator to the Oil and Gas Inspector at least 24 hours prior to the construction of roads, locations, and/or pits for any permitted work.  In addition, the well operator shall notify the same inspector 24 hours before any actual well work is commenced and prior to running and cementing casing.  Spills or emergency discharges must be promptly reported by the operator to 1-800-642-3074 and to the Oil and Gas inspector.

Please be advised that form WR-35, well operators report of well work, is to be submitted to this office within 90 days of completion of drilling, as should form WR-34 Discharge Monitoring Report within 30 days of discharge of pits, if applicable.  Failure to abide by all statutory and regulatory provisions governing all duties and operations hereunder may result in suspension or revocation of this permit and, in addition, may result in civil and/or criminal penalties being imposed upon the operators.

Per 35CSR-4-5.2.g this permit will expire in two (2) years from the issue date unless permitted well work is commenced.  If there are any questions, please feel free to contact me at (304) 926-0499 ext. 1654.

James Martin
Chief

Operator's Well No: 627392
Farm Name: RINE, LARRY G.
API Well Number: 47-10302481
Permit Type: Horizontal Well
Date Issued: 07/01/2009

**Promoting a healthy environment.**

JUL 07 2009
**RECEIVED**

**CHK00000052**