# EXHIBIT D

Case 5:11-cv-00004-FPS   Document 34-4   Filed 04/20/11   Page 1 of 9   PageID #: 218



Rine 3-14-2011



Rine 3-14-2011



Rine 3-14-2011



Rine 3-14-2011



Rine 3-14-2011



Rine 3-14-2011



Rine 3-14-2011



Rine 3-14-2011