# EXHIBIT H



Rine 4-15-2011

Rine 4-15-2011



Rine 4-15-2011





Rine 4-15-2011



Rine 4-15-2011



Rine 4-15-2011



Rine 4-15-2011

Rine 4-15-2011



Rine 4-15-2011



Rine 4-15-2011





Rine 4-15-2011

Crack in Hill

Rine 4-15-2011

Crack in hill



Rine 4-15-2011

Crack in Hill



Rine 4-15-2011

Crack / Slip in Hill



Rine 4-15-2011





Rine 4-15-2011



Rine 4-15-2011



Rine 4-15-2011



Rine 4-15-2011