# EXHIBIT J

Well Pad: __Rine Pad__  County/TWP: __Wetzel__
R/W No.:_____  State: __WV__

## DAMAGE RELEASE

**KNOW ALL MEN BY THESE PRESENTS:**

**THAT the undersigned,** Larry G. Rine and Jana L. Rine of 48 Virginia Oaks, Moundsville, WV, 26041, ("Releasor"), for and in consideration of Fifteen Thousand Dollars ($15,000.00 )---- Dollars, to be paid by Chesapeake Appalachia, L.L.C., ("Releasee"), by these presents does hereby release and discharge said Chesapeake Appalachia, LLC, ("CHK") its employees, directors, officers, agents, contractors or assigns from all claims or causes of action for the damages resulting from the construction of a well location located on and/or across certain lands owned by Releasor and situated in Center District in Wetzel County, West Virginia, including damages to fences, crops, timber, and other surface features in the immediate area of disturbance.

IN WITNESS WHEREOF, the parties hereto have set their hands this the __17th__ day of __September__ 2009.

By: _____  RELEASORS: _____
Chesapeake Appalachia, L.L.C.  Larry G. Rine
                               SS# _____

                               _____
                               Jana L. Rine
                               SS# _____

CHK00000063

CHESAPEAKE APPALACHIA, L.L.C.

# ORDER OF PAYMENT

Date: August 10, 2009

Subject to approval of the agreement associated herewith and title confirmation by Chesapeake Appalachia, L.L.C. ("Chesapeake"), Chesapeake will make payment as indicated herein by check within 90 days of its receipt of the original of this Order of Payment and the associated agreement. The copy of this Order of Payment is to be retained by payee. No default for non-payment may be claimed by payee during said 90-day period.

If payee owns more or less than the net interest defined herein, Chesapeake shall increase or reduce the consideration payable hereunder proportionate to actual interest owned by payee.

Payee represents he/she has a full understanding of the risks involved in leasing property for oil and gas development and that payee has read and understands the terms and provisions of the agreement associated herewith. Further, payee represents this is an arm's length transaction entered into by payee as a result of his/her own free act and will and Chesapeake or anyone acting on its behalf has made no representations of value or exerted any duress or coercion.

Pay to  Larry G. Rine and Jana L. Rine

in the amount of  Fifteen Thousand Dollars  dollars ( $  $15,000.00 )

Address  48 Virginia Oaks

Moundsville, WV 26041

| PAYEE SOCIAL SECURITY NO. | STATE WV | COUNTY/PARISH Wetzel | TOWNSHIP/DISTRICT/TOWN OF Center |
|---|---|---|---|
| PROSPECT/PROJECT NAME Victory | | | AFE NUMBER |
| LEASE NUMBER | [X] New    [ ] Renewal | | Well Number or Description |

This payment is for  Damages for Rine Well Pad

dated  9-17 , 2009 , which covers property described as follows:

Completed by: Nathan L. Smarr
Landowner's signature:  Larry Rine    Jana Rine
Approved by:

| | DATE PAID | PAID BY |
|---|---|---|
| FOR INTERNAL USE ONLY | AMOUNT | CHECK NUMBER |
| | NOTE | |

Forward to:
LAND DEPARTMENT
CHESAPEAKE APPALACHIA, L.L.C.
PO BOX 6070
CHARLESTON, WV 25362-0070

CHK00000064

*Chesapeake Operating, Inc.*

423750 LARRY G & JANA L RINE                                         No.   1183746

| VOUCHER NUMBER | INVOICE DATE | INVOICE NUMBER | DESCRIPTION OR GROSS AMOUNT DISCOUNT | NET AMOUNT |
|---|---|---|---|---|
| 709642 | 09/17/09 | 091709 | VARIOUS/ SURF DMGS ANTCPTR | 15000.00 |
| | | | **Total for check** | **$15,000.00** |

CHESAPEAKE OPERATING, INC.
P.O. Box 18496, Oklahoma City, OK 73154-0496
(877) 245-1427

Bank of Oklahoma
86-105/1031

Check Number   1183746

Date   SEPTEMBER 22, 2009     Amount   $15,000.00

FIFTEEN THOUSAND 00/100 DOLLARS ************

Vendor No.
423750

Pay to The Order Of
LARRY G & JANA L RINE
48 VIRGINIA OAKS
MOUNDSVILLE   WV. 26041

VOID AFTER 90 DAYS
NO THIRD PARTY ENDORSEMENTS

*Jennifer M [signature]*

CHK00000065

VOID VOID VOID